

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Melissa J. Godwin
T  (212) 335-4777
E  melissa.godwin@us.dlapiper.com

October 14, 2020

**VIA ECF AND EMAIL TO:**
ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Pro Custom Solar LLC d/b/a Momentum Solar v. Salesforce.com, Inc.*,
        Case No. 1:20-cv-04738 (ALC) (SDA)

Dear Judge Carter,

   We represent Defendant Salesforce.com, Inc. in the above-referenced action.  We write to advise the Court that the parties have reached an agreement on terms for settlement of this litigation, and are currently working on drafting a formal settlement agreement.  We expect to file a stipulation of dismissal in short order.

                                             Respectfully submitted,

                                             **DLA Piper LLP (US)**

                                             Melissa J. Godwin

cc:   Counsel of record (*via* ECF)
        John P. Campbell (jpc@spsk.com)